**No. 61127.**—M. E. Dey & Co., Inc. *v.* United States, protest 272564–K (Milwaukee).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the paper in question does not exceed four one-thousandths of 1 inch in thickness and is of a class or kind of paper chiefly used for the printing of newspapers at and prior to June 17, 1930, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 6, 1957

**No. 61128.**—H. Baron & Co., Inc., et al. *v.* United States, protests 937886–G, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C. C. P. A. 60, C. A. D. 638), the claim of the plaintiffs was sustained.

**No. 61129.**—John Rumbold *v.* United States, protests 292684–K and 292685–K (New York).

Opinion by DONLON, J. The protests were dismissed.

BEFORE THE FIRST DIVISION, AUGUST 8, 1957

**No. 61130.**—M. Adler's Son, Inc., and Daniel F. Young, Inc., et al. *v.* United States, protests 296202–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.